**Order entered October 24, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00538-CV

**DALLAS COUNTY HOSPITAL DISTRICT
D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, Appellant**

**V.**

**CONNIE MOON, AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF SANDRA MERCADO, Appellee**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-10201**

## ORDER

The unopposed motion for extension of time to file a motion for rehearing of appellant Dallas County Hospital District d/b/a Parkland Health & Hospital System is **GRANTED**. It is **ORDERED** that the time for filing appellant's motion for rehearing is extended to Monday, November 13, 2017.

/s/    ELIZABETH LANG-MIERS
           JUSTICE